IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **STEPHEN FERGUSON**, | : |
| *Plaintiff*, | : Case No. 1:24-cv-210 |
| vs. | : Judge Jeffery P. Hopkins |
| **HONEYWELL INTERNATIONAL, INC.**, et al., | : |
| *Defendants*. | : |

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 22) issued by Magistrate Judge Litkovitz on March 10, 2025. The Magistrate Judge recommends that Plaintiff's unopposed motion to dismiss his claims against defendant Ashley Dunham (Doc. 21) be granted. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes to 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"). Accordingly, the Court **GRANTS** Plaintiff's Motion to Dismiss Claims Against Defendant Ashley Dunham (Doc. 21).

**IT IS SO ORDERED.**

Dated: April 2, 2025

Hon. Jeffery P. Hopkins
United States District Judge